**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LATOYA TRAVIS, )<br>)<br>Defendant. ) | CAUSE NO. 2:11-CR-155 |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Latoya Travis (DE #13) filed on May 14, 2012. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Latoya Travis, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 3146(a)(2).

This matter is set for sentencing on August 2, 2012, at 1:00 p.m.

**DATED: May 31, 2012**        /s/RUDY LOZANO, Judge
                               **United States District Court**